# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYBORN (UK) LIMITED, MAYBORN USA, INC., MAYBORN GROUP LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>COMOTOMO INC., COMOTOMO CORPORATION,<br><br>Defendants. | Civil Action No. 1:22-CV-00694<br><br>**ORDER GRANTING PATRICK O. DOYLE'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

Patrick O. Doyle seeks to withdraw as counsel *pro hac vice* for Defendants in the above-captioned litigation pursuant to Local Rule 1.4. As this Court finds Mr. Doyle has submitted satisfactory reasoning for withdrawal, and that the granting of this Motion will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Patrick O. Doyle's Motion to Withdraw as Counsel for Defendants is GRANTED, and Patrick O. Doyle is hereby terminated as counsel *pro hac vice* in this proceeding.

Dated: October 11, 2022

By: _____
Hon. Paul G. Gardephe
United States District Judge

1